myBarco log in | New to myBarco?    English / United States



Investors | Sustainability | Jobs

| Markets & Solutio... | Products | News | Training & Support | Contact | About Barco | Partners |

Home    Products    Displays, monitors & workstations    Medical displays

**Similar products**

Large format displays

**Medical displays**

Point-of-care devices



Meet your new reading room

Coronis Uniti: the only display designed for both PACS and multimodality breast imaging.

**Read more**

# Medical displays

## Featured products



**Mammography displays**

Barco's 5MP display systems for digital breast imaging offer unrivaled image precision and ultimate diagnostic confidence. With ...

**Read more**



**Diagnostic displays**

Barco's full line of color, grayscale and multi-modality diagnostic displays, display controllers and softcopy QA tools ...

**Read more**



**Clinical displays**

Medical displays optimized for viewing image-enabled EMR, even in places where infection control is critical.

**Read more**



Medical product finder

Find the medical display you need in just two clicks.

**Launch product finder**



**Clinical review displays**

Medical displays for clinical review. This line offers the perfect side display for use in combination with your primary ...

**Read more**



**Surgical displays**

Barco's surgical and endoscopy displays are designed to provide unsurpassed precision while meeting the specific safety and space ...

**Read more**



**Dentistry displays**

Barco's dental displays combine excellent cleanability and a sleek, smart design with the image quality that Barco is renowned ...

**Read more**

Privacy policy | © 2016, Barco. All rights reserved.

**Products**

Displays, monitors & workstations
Projectors
LED displays
Visual display systems

**Markets**

Cinema
Control rooms
Corporate
Healthcare

**Contact us**

Contact
Regional offices
Where To Buy

**Join us on**

**Latest news**

EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Video walls | Meeting room & boardroom | **Your local office** | 30 Jun 2016 | |
| Networked solutions | Retail & advertising | | Barco summer: it's cocktail o'clock in EMEA! | |
| Image processing | Security & transportation | **Barco, Inc.**<br>3059 Premiere Parkway Suite 400<br>Duluth, GA 30097<br>United States | **more news** | |
| AV streaming | Simulation | | | |
| Digital signage | Venues & attractions | | **Upcoming events** | |
| Presentation & collaboration | | Locate on a map | | |
| 3D sound | **About Barco** | **Barco, Inc.**<br>3078 Prospect Park Drive<br>Rancho Cordova, CA 95670<br>United States | BIRTV 2016<br>24 Aug 2016 - 27 Aug 2016<br>- CHINA | |
| Software | About Barco | | **more events** | |
| Services | Worldwide presence | | | |
| | Sustainability | Locate on a map | **Subscribe to our newsletters** | |
| **Training & Support** | Jobs | | | |
| Support | Investors | | | |
| Training | | | [                    ] | |
| | **Nearly New Barco** | | Subscribe | |
| | Browse Nearly New Barco Catalogue | | | |

      

myBarco log in  |  New to myBarco?    English / United States



Investors | Sustainability | Jobs

| Markets & Solutio... | Products | News | Training & Support | Contact | About Barco | Partners |

Home    Products    Displays, monitors & workstations    Medical displays    Mammography displays

### Similar products

**Mammography displays**

Diagnostic displays

Clinical displays

Clinical review displays

Surgical displays

Dentistry displays

### Application areas

Radiology

Mammography

Surgery

Modality

Pathology

Pathology

Interactive patient care

Clinical specialties

Dentistry



Meet your new reading room

Coronis Uniti: the only display designed for both PACS and multimodality breast imaging.

Read more



Medical product finder

# Mammography displays

## Featured products



**Nio 5MP LED (MDNG-5221)**

5MP diagnostic grayscale display system

**Read more**



**Coronis 5MP LED (MDCG-5221)**

5MP premium diagnostic grayscale display system

**Read more**



**Mammo Tomosynthesis 5MP (MDMG-5221)**

5 MegaPixel display system for digital breast imaging, including breast tomosynthesis

**Read more**



**Coronis Uniti (MDMC-12133)**

12MP diagnostic display system for PACS and breast imaging

**Read more**

Find the medical display you need in just two clicks.

**Launch product finder**

Privacy policy | © 2016, Barco. All rights reserved.

## Products

Displays, monitors & workstations
Projectors
LED displays
Visual display systems
Video walls
Networked solutions
Image processing
AV streaming
Digital signage
Presentation & collaboration
3D sound
Software
Services

## Training & Support

Support
Training

## Markets

Cinema
Control rooms
Corporate
Healthcare
Meeting room & boardroom
Retail & advertising
Security & transportation
Simulation
Venues & attractions

## About Barco

About Barco
Worldwide presence
Sustainability
Jobs
Investors

## Nearly New Barco

Browse Nearly New Barco Catalogue

## Contact us

Contact
Regional offices
Where To Buy

## Your local office

**Barco, Inc.**
3059 Premiere Parkway Suite 400
Duluth, GA 30097
United States

Locate on a map

**Barco, Inc.**
3078 Prospect Park Drive
Rancho Cordova, CA 95670
United States

Locate on a map

## Join us on

## Latest news

30 Jun 2016
Barco summer: it's cocktail o'clock in EMEA!
more news

## Upcoming events

BIRTV 2016
24 Aug 2016 - 27 Aug 2016 - CHINA
more events

## Subscribe to our newsletters

[ Subscribe ]






myBarco log in | New to myBarco? | English / United States



Investors | Sustainability | Jobs

**Markets & Solutio...** | **Products** | **News** | **Training & Support** | **Contact** | **About Barco** | **Partners**

Home | Products | Displays, monitors & workstations | Medical displays | Diagnostic displays | Coronis Uniti (MDMC-12133)

# Coronis Uniti (MDMC-12133)

12MP diagnostic display system for PACS and breast imaging

- PACS and breast imaging on one display
- In grayscale and color (featuring unique color calibration!)
- With touch pad for fast control

Get a quote    Where to buy



| Description | Specs | **Options** | Technical Downloads | Media & Assets |

Options
  Software
  Display controller

### Options

**Software**



**MediCal QAWeb**
*Online service for Quality Assurance of PACS displays in the healthcare enterprise*
Article number: K5400238

**Display controller**

**MXRT-7500**
*High-end 3D PCIe 4-head display controller*
Article number: K9306037

Get a quote

- OR -

Where to buy

Support    Spec sheet

Article number:
K9301680A (Coronis Uniti (MDMC-12133))

Compare with...    +

Get a quote

**Where to buy**

Related products    < >

 Press Releases   Related News   Upcoming Events    

... Nio 5MP LED (...   Coronis 5MP LE...   Coronis Fusion...   Coronis Fusion...   Coronis Fusion...

**16 June 2016**

Barco showcases advanced multi-modality imaging solutions at SIIM 2016    

**07 April 2016**

Cabinet Goumot brings breast cancer detection to the next level with Barco's Coronis Uniti...

**24 November 2015**

Woman's Hospital acquires Coronis Uniti™ display system to enhance breast cancer detection

Privacy policy | © 2016, Barco. All rights reserved.

## Products

Displays, monitors & workstations
Projectors
LED displays
Visual display systems
Video walls
Networked solutions
Image processing
AV streaming
Digital signage
Presentation & collaboration
3D sound
Software
Services

## Training & Support

Support
Training

## Markets

Cinema
Control rooms
Corporate
Healthcare
Meeting room & boardroom
Retail & advertising
Security & transportation
Simulation
Venues & attractions

## About Barco

About Barco
Worldwide presence
Sustainability
Jobs
Investors

## Nearly New Barco

Browse Nearly New Barco Catalogue

## Contact us

Contact
Regional offices
Where To Buy

### Your local office

**Barco, Inc.**
3059 Premiere Parkway Suite 400
Duluth, GA 30097
United States

Locate on a map

**Barco, Inc.**
3078 Prospect Park Drive
Rancho Cordova, CA 95670
United States

Locate on a map

## Join us on

### Latest news

30 Jun 2016
Barco summer: it's cocktail o'clock in EMEA!
more news

### Upcoming events

BIRTV 2016
24 Aug 2016 - 27 Aug 2016 - CHINA
more events

### Subscribe to our newsletters

[                    ]

Subscribe

