AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Middle District of Florida

| | |
|---|---|
| UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, INC. ) ) ) ) ) *Plaintiff(s)* ) v. ) BARCO, INC. ) ) ) ) *Defendant(s)* ) | Civil Action No. 8:16 cv3107 T35 JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BARCO, INC.
3078 PROSPECT PARK DRIVE
RANCHO CORDOVA, CA 95670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory A. Hearing
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin Street, Suite 1600
Tampa, Florida 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV - 3 2016

_____
Signature of Clerk or Deputy Clerk